AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

vs.

CASE NUMBER: 3:07 mj 290

ANTONIO U. AKEL, a/k/a Tony AKEL

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about November 3, 2007, in Santa Rosa County, in the Northern District of Florida, defendant(s) did,

Possession with intent to distribute more than 500 grams of cocaine, possession of a firearm by a convicted felon and possession of a firearm in connection with illegal drug trafficking, in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(B)(ii) and Title 18 United States Code, Section(s) 922(g) and 924(c).  I further state that I am a Special Agent with the Drug Enforcement Administration (DEA), and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes ☐ No

Signature of Complainant
Sonya Bryant, Special Agent - DEA

Sworn to before me and subscribed in my presence,

November 5, 2007                                    at    Pensacola, Florida.

MILES DAVIS
U.S. Magistrate Judge

11-5-07
(Date)

NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (initials)__uc